IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

UNITED STATES OF AMERICA

vs.                                                                                    CASE NO.: 4:03cr63-SPM

ALEXIS E. ALCANTARA,

       Defendant
_____/

### ORDER CANCELLING REVOCATION HEARING

The Court has been advised that Defendant agreed to a modification of the conditions of his supervised release. Accordingly, there is no need to conduct a revocation hearing. The revocation hearing scheduled for 1:30 p.m. on April 23, 2007 at the United States Courthouse in Tallahassee, Florida is cancelled.

SO ORDERED this 20th day of April, 2007.

                                *s/ Stephan P. Mickle*
                                Stephan P. Mickle
                                United States District Judge